UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| CAROL BOCK, | ) | |
| | ) | |
| Plaintiff, | ) | 3:10-cv-00532-LRH-WGC |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | O R D E R |
| | ) | |
| Defendant. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#13[1]) entered on February 3, 2012, recommending denying Plaintiff's Motion for Reversal of the Commissioner's Decision (#9) filed on March 9, 2011; granting Defendant's Cross-Motion for Summary Judgment (#11) filed on April 8, 2011; and affirming the Administrative Law Judge's decision. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation

---

[1] Refers to court's docket number.

(#13) entered on February 3, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#13) entered on February 3, 2012, is adopted and accepted as follows:

- Plaintiff's Motion for Reversal of the Commissioner's Decision (#9) is DENIED;
- Defendant's Cross-Motion for Summary Judgment (#11) is GRANTED; and
- The decision of the Administrative Law Judge is AFFIRMED.

IT IS SO ORDERED.

DATED this 30th day of March, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE